GEORGE HOHENSTEIN, Plaintiff, and HELENE HOHENSTEIN, Appellant, v. JOHN L. MOSHER, JR., Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RANDY LEE WHEELER, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.